

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 4 2013

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v.  § <br> § <br> ERIC WAYNE WEBB § § | No. 4:13-MJ- 514 |

## CRIMINAL COMPLAINT

On or about November 1, 2013, in the Fort Worth Division of the Northern District of Texas, defendant **Eric Wayne Webb,** being a person who had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, did knowingly possess in and affecting interstate commerce, the following firearm, that is, a Hi-point, model 995, 9mm rifle, serial number: E53498.

I, Special Agent Chris Smith, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that the statements set forth in this affidavit are true and correct to the best of my knowledge.

1. On November 1, 2013, Arlington Police Department, executed a search warrant on a residence located at 1013 Gaye Lane, Arlington, Texas. This residence is occupied by Eric Webb (Webb). Upon entrance into the residence, Arlington Police Department SWAT Officers encountered Webb, who stated, "What you are looking for is in the room, it is an ounce and a gun." Webb pointed to a bedroom of the residence, later determined to be his bedroom. Arlington Police Department Narcotics Officers searched the bedroom and found approximately one ounce of a substance that appeared to be methamphetamine and a Hi-point, model 995, 9mm rifle, serial number: E53498

2. On November 1, 2013, ATF SA Smith, interviewed Webb after providing him his Miranda warnings. Webb waived his Miranda rights and agreed to answer questions. Webb identified his bedroom and stated the firearm located in the closet belonged to him. Webb stated he purchased the firearm approximately 2 to 3 months ago.

3. On November 4, 2013, SA Rob Looper, an ATF interstate nexus expert, examine the firearm described in paragraph two and determined the described firearm was not manufactured within the State of Texas and that firearm would have to have traveled in interstate or foreign commerce to reach the State of Texas.

4. A subsequent criminal history check of Webb revealed that in 2009 he was previously convicted of the felony offense of Possession with intent to Deliver a Controlled Dangerous Substance to wit; Methamphetamine, a felony, in the 297th District Court of Tarrant County, Fort Worth, Texas. Webb is currently on parole supervision with the Texas Department of Criminal Justice until June 4, 2015.

5. Based upon the foregoing, probable cause exists to believe that Eric Webb has violated 18 U.S.C. Section 922(g)(1), and is a felon in possession of a firearm.

_____  SA ATF
Chris Smith, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and subscribed in my presence November 4, 2013 at 3:50 p.m., at Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Complaint – Page 2